FILED
MAR 15 2007
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:07CR00053ERW |
| | ) Title 18 U.S.C. § 922(g)(1) |
| DEVIN C. WILSON, | ) |
| Defendant. | ) |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about September 2, 2006, in Pemiscot County, Missouri, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**DEVIN C. WILSON,**

did knowingly possess in and affecting commerce, a firearm and ammunition, to wit: a Cobra Enterprises, model FS380, .380 caliber, semi-automatic pistol loaded with seven rounds of ammunition, bearing serial number F5001233; and had previously thereto been convicted of the following crimes, each punishable by a term of imprisonment exceeding one year:

> On February 7, 1995, in the Circuit Court of Pemiscot County, State of Missouri, in Case Number CR594-120FX, of Unlawful Use of a Weapon, a Class D Felony,

> On February 7, 1995, in the Circuit Court of Pemiscot County, State of Missouri, in Case Number CR594-218FX, of Unlawful Use of a Weapon, a Class D Felony, and

> On February 1, 2001, in the District Court of Oklahoma County, State of Oklahoma, in Case Number CF-1999-5931, of Burglary in the First Degree, a Felony,

in violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
LARRY H. FERRELL, #3095
Assistant United States Attorney